IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR IVAN MARTINEZ OZUNA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY et. al.,<br><br>Respondents. | No. 1:25-CV-01753-DC-DMC<br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court are Petitioner's motion to proceed in forma pauperis, ECF No. 2, and motion to appoint counsel, ECF No. 3.

Petitioner's application to proceed in forma pauperis, ECF No. 2, makes the required showing and is granted. See 28 U.S.C. § 1915(a). Petitioner's motion for the appointment of counsel, ECF No. 3, will also be granted. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to **jpalmer@caed.uscourts.gov**, and counsel will be added as counsel for Petitioner. If counsel is

not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel pro hac vice.

Accordingly, it is HEREBY ORDERED THAT:

1. Petitioner's motion to proceed in forma pauperis, ECF No. 2, is GRANTED;

2. Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED;

3. Within seven days of this order, appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to **jpalmer@caed.uscourts.gov** or, if counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the Federal Defender shall file a motion to appoint counsel as CJA counsel pro hac vice.

Dated: December 8, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE